**Order entered October 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00436-CV

**THE JAGO TIMES GROUP PUBLICATIONS, LLC, ET AL., Appellants**

**V.**

**ANWER CHUGTAI, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09353**

## ORDER

Before the Court is appellee's October 22, 2019 motion for an extension of time to file his brief on the merits in this accelerated appeal. Appellants filed their brief on October 7, 2019. Accordingly, appellee's brief is due on October 28, 2019, not November 6, 2019 as alleged in the motion. *See* TEX. RS. APP. P. 38.6(b); 4.1(a). Accordingly, we **GRANT** the motion **to the extent** that appellee shall file his brief by **November 27, 2019**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE